FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0390

_____

RANDY LAEDEKE, DARLA PRENN, for
THE ESTATE OF LILA M. LAEDEKE,

      Plaintiffs and Appellants,

    v.                                       O R D E R

BILLINGS CLINIC, and John Doe
Defendants unknown at this time,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brett Linneweber, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2022